| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

BYRON SEWELL, §
§
    Plaintiff, §
§
*versus* § CIVIL ACTION NO. 1:21-CV-187
§
JOHN STEPHENS, *et al.*, §
§
    Defendants. §

### MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

    Plaintiff Byron Sewell, an inmate confined at the Jefferson County Correctional Facility, proceeding *pro se*, brought this lawsuit pursuant to 42 U.S.C. § 1983.

    The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends dismissing this action without prejudice.

    The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

### ORDER

    Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ADOPTED**. A final judgment will be entered in this case in accordance with the Magistrate Judge's recommendation.

**Signed this date**
Jun 11, 2021

*Marcia A. Crone*
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE